**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**AMENDED GENERAL ORDER 18-0028**

**AMENDED GENERAL ORDER HOLDING IN ABEYANCE**
**CIVIL MATTERS INVOLVING THE UNITED STATES AS A PARTY**

On, December 26, 2018, General Order 18-0028 was entered.  It appearing that the lapse of congressional appropriations funding the federal government continues, therefore General Order 18-0028 is now amended to include the following further provisions:

IT IS ORDERED that all civil litigation involving as a party the United States of America, its agencies, its officers or employees (whether in their individual or official capacity and whether current or former employees), and/or any other party represented by the Department of Justice or the United States Attorney's Office is immediately suspended, postponed, and held in abeyance continuing until funding for federal government operations is fully restored.  The Court may renew or modify this General Order depending on developments in the stay period. The Court intends "civil litigation" to include all pending non-criminal cases in which the United States, its agencies, its officers or employees (whether in their individual or official capacity and whether current or former employees) is in any way a named party and any non-criminal cases in which the United States Attorney's Office or the Department of Justice is counsel of record. This includes, without limitation, all pending Social Security cases and all cases seeking monetary or equitable relief in which the United States is involved as a civil litigant.  The General Order does not affect habeas corpus cases pending or filed under Chapter 153 of Title 28.

Any litigant affected by this Amended General Order may seek relief from the order by motion. The Court may, in any particular case, vary the effect or operation of this General Order by a separate ruling.  Once federal government operations are restored, this stay will be automatically lifted, and any and all deadlines in the affected civil litigation (whether established by order, rule, or agreement), including but not limited to any scheduled discovery and pleading dates, will be extended without further order by the number of days of the shutdown, counting from the first day (December 22, 2018) through the last day, plus seven days.  Trial dates in affected cases may need to be adjusted in individual cases to account for a suspension of civil

trials during the lapse in appropriations or, after the stay is lifted, to account for the extension of other dates. The Court shall distribute this Amended General Order:

    (a) by electronic service to all registered CM/ECF users;

    (b) by first-class mail to unregistered civil litigants, including pro se litigants, and to attorneys pending pro hac vice admission; and

    (c) by posting the General Order on the Court's public website.


ENTER:
FOR THE COURT


Rubén Castillo
Chief District Judge


Dated at Chicago, Illinois this \_\_\_ day of January, 2019