# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# GENERAL ORDER 19-0004

## RESETTING OF DEADLINES
## IN CIVIL MATTERS INVOLVING THE UNITED STATES AS A PARTY

IT APPEARING THAT as a result of the partial federal government shutdown, this Court amended General Order 18-0028 suspending as of December 21, 2018, all civil litigation in which the United States of America, its agencies, its officers, or employees were parties, with the stated intention of clarifying schedules in such cases upon the expiration of the lapse in appropriations; and

IT FURTHER APPEARING THAT appropriations having been restored to fund the Department of Justice and other Executive Branch agencies, with employees beginning to report for work beginning on January 28, 2019; accordingly

IT IS THEREFORE ORDERED that the stay entered by General Order 18-0028 is hereby lifted, and any and all deadlines in the affected civil litigation (whether established by order, rule, or agreement.), including but not limited to any scheduled discovery and pleading dates, are extended by 42 days.  The Court warns litigants that this General Order does not purport to affect rights to or deadlines concerning appeal from any decision of this Court.  Any litigant affected by this General Order may seek relief from the order by motion.  Trial dates in the affected cases will stand, although they may need to be adjusted in individual cases to account for the extension of other dates.  The Court may, in any particular case, vary the effect or operation of this General Order by a separate ruling.

The Clerk of Court shall distribute this General Order to parties impacted by Amended General Order 18-0028:

(a) by electronic service to all registered CM/ECF users;

(b) by first-class mail to unregistered civil litigants, including *pro se* litigants, and to attorneys pending *pro hac vice* admission; and

(c) by posting the General Order on the Court's public website.

ENTER:
FOR THE COURT

_____
Rubén Castillo
Chief District Judge

Dated in Chicago, Illinois this 28th day or January, 2019.