# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

United States of America

                          Plaintiff,

v.                                       Case No.: 1:16−cv−10787
                                          Honorable Jorge L. Alonso

Jung Joo Park, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 20, 2019:

    MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Parties reported on the status of discovery. Plaintiff anticipates deposing Mrs. Park in early December. Plaintiff's oral motion to extend the time of the deposition is granted based on the use of a Korean interpreter and for those reasons further stated on the record. See Fed. R. Civ. P. 30(d)(1). As discussed on the record, Plaintiff shall depose Mrs. Park on 12/3/19 from 47 p.m. and on 12/4/19 for 7 hours. Should Plaintiff need additional time to depose Mrs. Park, Plaintiff shall file a motion requesting such relief and shall note whether Plaintiff provided Defense counsel with any relevant documents prior to the deposition. Status hearing set for 2/19/20 at 9:15 a.m. Any counsel so wishing may appear by phone at the next hearings. The call−in number for the hearing is 1−877−411−9748 and the passcode is 1814539. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.