UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

United States of America

        Plaintiff,

v.                    Case No.: 1:16−cv−10787
                   Honorable Jorge L. Alonso

Jung Joo Park, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 8, 2020:

  MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Parties appeared telephonically and reported on the status of discovery, advising the Court that they would like to exchange more discovery before pursuing a settlement agreement. Given this, a video settlement conference is set for 2/24/21 at 10:30 a.m. Plaintiff's settlement letter shall be delivered to Defendants by 2/10/21. Defendants' settlement letter shall be delivered to Plaintiff by 2/17/21. Parties shall confer and send ONE email to Courtroom Deputy, Alyssia Owens at Alyssia_Owens@ilnd.uscourts.gov by 2/17/21 identifying the email addresses of the individuals who intend to participate in the settlement conference. The parties must also submit their respective documents by email to Proposed_Order_Weisman@ilnd.uscourts.gov. Please note that settlement letters are not to be filed on the CM−ECF system. Parties have no objection to the Court having ex parte discussions with counsel in advance of the settlement conference if the Court believes such conversations would be warranted. As discussed, due to the current health pandemic and the Eighth Amended General Order 20−0012, today's court hearing was not recorded on the court's recording system. Therefore, this order will serve as the official record. See 28 U.S.C. §753(b). If the parties wish to amend this order, they may visit this Court's webpage for more information. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.