# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

United States of America

                            Plaintiff,

v.                                                 Case No.: 1:16−cv−10787
                                                           Honorable Jorge L. Alonso

Jung Joo Park, et al.

                            Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, February 24, 2021:


      MINUTE entry before the Honorable M. David Weisman: Settlement conference held by video conference. All parties appeared except Jung Joo Park appeared by video conference. The parties made progress towards settlement but were not able to reach a settlement. Status hearing set for 3/2/21 at 9:15 a.m. to discuss whether a further settlement conference would be beneficial. Parties shall dial in using the Court's conference call−in number. The conference call−in number is 1−877−411−9748 and the passcode is 1814539. Please note that the Court's conference call−in will be used by all cases that are on the Court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called by the Court. Once the Court has heard your case you shall disconnect from the conference line. Mailed notice (ao,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.