## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

United States of America

                        Plaintiff,

v.                                                     Case No.: 1:16−cv−10787

                                                                        Honorable Jorge L. Alonso

Jung Joo Park, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 2, 2021:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Parties appeared telephonically and reported that they believe a continued settlement conference would be beneficial. A continued video settlement conference is set for 3/15/21 at 10:30 a.m. Parties shall confer and send ONE email to Courtroom Deputy, Alyssia Owens at Alyssia_Owens@ilnd.uscourts.gov by 3/8/21 identifying the email addresses of the individuals who intend to participate in the settlement conference. As discussed, due to the current health pandemic and the Tenth Amended General Order 20−0012, today's court hearing was not recorded on the court's recording system. Therefore, this order will serve as the official record. See 28 U.S.C. §753(b). If the parties believe this order should be corrected or expanded upon, they may visit this Court's webpage for more information. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.