# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

United States of America

                          Plaintiff,

v.                                                       Case No.: 1:16−cv−10787

                                                             Honorable Jorge L. Alonso

Jung Joo Park, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 15, 2021:

      MINUTE entry before the Honorable M. David Weisman: Settlement Conference held. All parties appeared via video conference. The parties were able to reach a settlement as to all monetary and non−monetary terms, subject to approval by the U.S. Department of Justice. Settlement agreement to be exchanged by the parties. Status hearing set for 6/2/21 at 9:15 a.m. If a stipulation of dismissal is filed prior to that date, the status hearing will be stricken and no appearance will be necessary. If the hearing proceeds, the conference call−in number is 1−877−411−9748 and the passcode is 1814539. The Court thanks counsel for their professionalism and reasonableness in resolving this matter. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.