UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civ. No.: 1:16-cv-10787 |
| ) | |
| v. ) | Judge Jorge L. Alonso |
| ) | |
| JUNG JOO PARK, *et. al.* ) | Mag. Judge M. David Wiseman |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice, with each of the parties to bear their own costs, including any possible attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/Mary A. Stallings* | */s/ Riccardo A. DiMonte* (email consent 5/28) |
| MARY A. STALLINGS | Riccardo A. DiMonte |
| ANGELA R. FOSTER, | Jonathan R. Ksiazek |
| Trial Attorneys for Plaintiff, | Attorneys for Defendants |
| Tax Division | DiMonte & Lizak, LLC |
| U.S. Department of Justice | 216 West Higgins Road |
| P.O. Box 55  Washington D.C. 20044 | Park Ridge, Illinois 60068 |
| (202) 616-2604 (v) | (847) 698-9600 (v) |
| (202) 514-5238 (f) | rdimonte@dimontelaw.com |
| mary.a.stallings@usdoj.gov | jksiazek @dimontelaw.com |
| angela.r.foster@usdoj.gov | |